# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **SPACETIME3D, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC.**<br><br>Defendant | **Civil Action No. 1:23-cv-00553-ADA**<br><br>**JURY TRIAL DEMANDED** |

## SECOND AMENDED NOTICE OF SECOND AGREED EXTENSION TO CERTAIN PRETRIAL SCHEDULING ORDER DEADLINES

TO THE HONORABLE JUDGE:

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Defendant Apple Inc. ("Apple") hereby provides notice that the parties have agreed to extensions of certain pretrial deadlines as reflected in the corrected **Exhibit A**, attached. Plaintiff SpaceTime3D, Inc. ("SpaceTime") consents to this request.

1. Under these extensions, the parties Daubert and dispositive motion briefing will be complete five-and-one-half weeks prior to the scheduled pretrial conference, which remains unchanged.

2. Apple affirms that this is an agreed request to change deadlines and that SpaceTime joins in and agrees to this request.

3. Apple affirms that these extensions do not change the date of any hearing, trial or other Court date.

4. Apple affirms that these extensions do not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

4869-9638-1085

Dated: January 13, 2024.

| | |
|---|---|
| */s/ Max L. Tribble, Jr.* | */s/ Steven J. Wingard* |
| Max L. Tribble, Jr. – Lead Counsel | Brian Rosenthal |
| Texas State Bar No. 20213950 | Katherine Q. Dominguez |
| Meng Xi | Allen Kathir (pro hac vice) |
| California State Bar No. 280099 | Gibson, Dunn & Crutcher LLP |
| Adam Tisdall | 200 Park Avenue |
| Texas State Bar No. 24106885 | New York, New York 10166 |
| **SUSMAN GODFREY, L.L.P.** | Tel: (212) 351-4000 |
| 1000 Louisiana Street, Suite 5100 | Fax: (212) 716-0839 |
| Houston, Texas 77002 | Email: brosenthal@gibsondunn.com |
| Telephone: (713) 651-9366 | Email: kdominguez@gibsondunn.com |
| Facsimile: (713) 654-6666 | Email: akathir@gibsondunn.com |
| mtribble@susmangodfrey.com | |
| mxi@susmangodfrey.com | Neema Jalali (pro hac vice) |
| atisdall@susmangodfrey.com | Gibson, Dunn & Crutcher LLP |
| | 555 Mission Street, Suite 3000 |
| Matthew R. Berry | San Francisco, CA 94105-0921 |
| Washington State Bar No. 37364 | Tel: (415) 393-8200 |
| Floyd G. Short | Fax: (415) 374-8409 |
| Washington State Bar No. 37364 | Email: njalali@gibsondunn.com |
| **SUSMAN GODFREY, L.L.P.** | |
| 401 Union Street, Suite 3000 | Wendy W. Cai (pro hac vice) |
| Seattle, Washington 98101 | Gibson, Dunn & Crutcher LLP |
| Telephone: (206) 516-3880 | 1050 Connecticut Avenue, N.W. |
| Facsimile: (206) 516-3883 | Washington, DC 20036-5306 |
| mberry@susmangodfrey.com | Tel: (202) 955-8295 |
| | Fax: (202) 831-6106 |
| Y. Gloria Park | Email: wcai@gibsondunn.com |
| New York Bar No. 5477047 | |
| **SUSMAN GODFREY, L.L.P.** | Steven J. Wingard |
| 1301 Ave. of the Americas, 32nd Fl. | Texas Bar No. 00788694 |
| New York, New York 10019-6023 | Robert ("Robby") P. Earle |
| Telephone: (212) 336-8330 | Texas Bar No. 24124566 |
| Facsimile: (212) 336-8340 | Stephen L. Burbank |
| gpark@susmangodfrey.com | Texas Bar No. 24106972 |
| Robert Christopher Bunt | SCOTT DOUGLASS & |
| Texas State Bar No. 00787165 | MCCONNICO LLP |
| | 303 Colorado Street, Suite 2400 |
| Charles Ainsworth | Austin, Texas 78701 |
| State Bar No. 00783521 | Telephone: 512.495.6300 |
| **PARKER, BUNT & AINSWORTH, P.C.** | Facsimile: 512.495.6399 |
| 100 E. Ferguson Suite 418 | Email: swingard@scottdoug.com |

Tyler, Texas 75702  
Tel.: (903) 531-3535  
charley@pbatyler.com rcbunt@pbatyler.com  
*Attorneys for Plaintiff SpaceTime3D, Inc.*

Email: rearle@scottdoug.com  
Email: sburbank@scottdoug.com  
*Attorneys for Defendant Apple Inc*

## Certificate of Service

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this 13th day of January, 2024, with a copy of the foregoing via the Court's CM/ECF system.

/s/ Steven J. Wingard  
Steven J. Wingard

4869-9638-1085

3