**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **SPACETIME3D, INC.** | Civil Action No. 1:23-cv-00553-ADA |
| **Plaintiff,** | **JURY TRIAL DEMANDED** |
| v. | |
| **APPLE INC.** | |
| **Defendant** | |

## SECOND AMENDED SCHEDULING ORDER

| EVENT | PREVIOUS DATE | NEW DEADLINE |
|---|---|---|
| Dispositive motion deadline and Daubert motion deadline. | 12/14/2023 | NO CHANGE |
| Responses to dispositive motion(s) and Daubert motion(s). | 1/8/2024 | NO CHANGE |
| Serve Pretrial Disclosures: Jury instructions, Exhibit List, Witness List, Discovery and Deposition Designations | 1/11/2024 | NO CHANGE |
| Replies to dispositive motion(s) and Daubert motion(s). | 1/18/2024 | 1/22/2024 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | 1/22/2024 | 1/25/2024 |
| Serve objections to rebuttal disclosures | 2/8/2024 | NO CHANGE |
| File motions in limine | 2/8/2024 | NO CHANGE |
| File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | 2/12/2024 | NO CHANGE |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions in limine | 2/16/2024 | NO CHANGE |

| EVENT | PREVIOUS DATE | NEW DEADLINE |
|---|---|---|
| Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates | 2/16/2024 | NO CHANGE |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | 2/27/2024 | NO CHANGE |
| In-Person Final Pretrial Conference. Held in person unless otherwise requested. | 3/1/2024 9:00 AM | NO CHANGE |
| In-person Jury Selection/Trial. | 3/11/2024 9:30 AM | NO CHANGE |

SIGNED this _____ day of January, 2024.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE