**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **SPACETIME3D, INC.** | **Civil Action No. 1:23-cv-00553-ADA** |
| **Plaintiff,** | **JURY TRIAL DEMANDED** |
| **v.** | |
| **APPLE INC.** | |
| **Defendant** | |

**JOINT NOTICE OF AGREED ADJUSTMENT TO SCHEDULING ORDER
DEADLINES DUE TO POSTPONEMENT OF TRIAL DATE**

TO THE HONORABLE JUDGE:

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Plaintiff SpaceTime3D, Inc. ("SpaceTime3D") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") hereby provide notice that the Parties have agreed to certain adjustments of pretrial deadlines.

1.      On January 23, 2024, the Court advised the Parties that the trial set for the week of March 11, 2024 will be reset to the week of June 24, 2024, and that the final pre-trial conference will be rescheduled to May 23, 2024. The Court advised the Parties to meet and confer regarding whether they wish to submit a proposed amended scheduling order and to let the Court know the parties' preferences by Tuesday, January 30, 2024.

2.      Under the current scheduling order, the Parties face a deadline of January 25, 2024 to serve objections to pretrial disclosures/rebuttal disclosures. While the Parties will meet and confer to determine the dates for a comprehensive proposed amended schedule, the Parties have agreed to suspend the January 25th deadline for service of pretrial disclosures/rebuttal disclosures.

The Parties further agree that this deadline will be reset as part of the amended scheduling order the parties propose to the Court by January 30, 2024.

3.      The Parties affirm that this is an agreed request to change deadlines and that both SpaceTime and Apple joins in this request.

4.      The Parties affirm that this extension does not change the date of any hearing, trial, or other Court date.

5.      The Parties affirm that this extension does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: January 24, 2024.

/s/ Max L. Tribble, Jr.
Max L. Tribble, Jr. – Lead Counsel
Texas State Bar No. 20213950
Meng Xi
California State Bar No. 280099
Adam Tisdall
Texas State Bar No. 24106885
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
mxi@susmangodfrey.com
atisdall@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Floyd G. Short
Washington State Bar No. 37364
**SUSMAN GODFREY, L.L.P.**
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com

/s/ Steven J. Wingard
Brian Rosenthal
Katherine Q. Dominguez
Allen Kathir (pro hac vice)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
Tel:  (212) 351-4000
Fax:  (212) 716-0839
Email:  brosenthal@gibsondunn.com
Email:  kdominguez@gibsondunn.com
Email:  akathir@gibsondunn.com

Neema Jalali (pro hac vice)
Jaysen Chung (pro hac vice)
Gibson, Dunn & Crutcher LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
Tel:  (415) 393-8200
Fax:  (415) 374-8409
Email:  njalali@gibsondunn.com
Email:  jschung@gibsondunn.com

Wendy W. Cai (pro hac vice)
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.

Y. Gloria Park
New York Bar No. 5477047
**SUSMAN GODFREY, L.L.P.**
1301 Ave. of the Americas, 32nd Fl.
New York, New York 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
gpark@susmangodfrey.com
Robert Christopher Bunt
Texas State Bar No. 00787165

Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
charley@pbatyler.com rcbunt@pbatyler.com

*Attorneys for Plaintiff SpaceTime3D, Inc.*

Washington, DC 20036-5306
Tel:  (202) 955-8295
Fax:  (202) 831-6106
Email:  wcai@gibsondunn.com

Andrew Blythe (pro hac vice)
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive Suite 1200
Irvine, CA 92612-4412
Tel:  (949) 451-3926
Fax: (949) 475-4630
Email:  ablythe@gibsondunn.com

Steven J. Wingard
Texas Bar No. 00788694
Robert ("Robby") P. Earle
Texas Bar No. 24124566
Stephen L. Burbank
Texas Bar No. 24106972
SCOTT, DOUGLASS & MCCONNICO,
L.L.P.
303 Colorado Street, Suite 2400
Austin, Texas 78701
Telephone: 512.495.6300
Facsimile: 512.495.6399
Email: swingard@scottdoug.com
Email: rearle@scottdoug.com
Email: sburbank@scottdoug.com

*Attorneys for Defendant Apple Inc.*

**<u>Certificate of Service</u>**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this 24th day of January, 2024, with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Steven J. Wingard___*
Steven J. Wingard
