IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SPACETIME3D, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**APPLE INC.**<br><br>**Defendant** | Civil Action No. 1:23-cv-00553-ADA<br><br>**JURY TRIAL DEMANDED** |

# AMENDED SCHEDULING ORDER

| Task | Parties' Proposal |
|---|---|
| Serve objections to pretrial disclosures/rebuttal disclosures. | 6/28/2024 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. | 7/15/2024 |
| Serve objections to rebuttal disclosures; file motions in limine. | 7/18/2024 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions in limine<br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. | 8/1/2024 |

| | |
|---|---|
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com | 8/1/2024 |
| Deadline to file replies to motions in limine. | 8/1/2024 |
| Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | 8/8/2024 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | 8/12/2024 |
| Final Pretrial Conference. | **8/15/2024** |
| Jury Selection/Trial. | **9/9/2024** |

SIGNED this _____ day of February, 2024.

                                                                           _____
                                                                           ALAN D ALBRIGHT
                                                                           UNITED STATES DISTRICT JUDGE